NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANCHOR SAVINGS BANK, FSB,**
*Plaintiff-Appellee,*

AND

**STEPHEN ROSENBAUM, FRANK E. WILLIAMS, JR., COMPASS POINT PARTNERS LLC, AND LEGAL ALPHA LLC, ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED HOLDERS OF LITIGATION TRACKING WARRANTS OF DIME BANCORP,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES**
*Defendant-Appellee.*

---

2013-5005

---

Appeal from the United States Court of Federal Claims in case no. 95-CV-0039, Judge Lawrence J. Block.

---

**ON MOTION**

---

# O R D E R

Upon consideration of Anchor Savings Bank, FSB's unopposed motion to stay briefing pending the court's disposition of the pending motion for summary affirmance,

IT IS ORDERED THAT:

The motion is granted.  The briefing is stayed.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25